Bobby BRADLEY and Bobby Ray Foote, Appellants,

v.

The STATE of Texas, Appellee.

No. 27827.

Court of Criminal Appeals of Texas.

Nov. 23, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Upon a joint indictment, appellants Bobby Bradley and Bobby Ray Foote were convicted of the crime of forgery, with punishment assessed at seven years and five years, respectively, in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.